1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID TOFT,                                No.  2:22-cv-00016-TLN-DB

12                      Petitioner,

13          v.                                   **ORDER**

14    JOHN D'AGOSTINI,

15                      Respondent.

16

17          Petitioner, a state pre-trial detainee proceeding pro se, filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 8, 2022, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 6.)  Petitioner

23    has not filed objections.

24          Although Petitioner's copy of the findings and recommendations served by mail was

25    returned to the Court, Petitioner was properly served.  It is Petitioner's responsibility to keep the

26    Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of

27    documents at the record address of the party is fully effective.

28    ///

1

1    Having reviewed the matter, the Court finds the findings and recommendations to be

2    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3    ORDERED:

4        1.  The Findings and Recommendations filed April 8, 2022, (ECF No. 6) are ADOPTED

5    in full;

6        2.  The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED

7    without prejudice; and

8        3.  The Clerk of the Court is directed to close this case.

9    **DATED:  January 2, 2023**

10

11

12

13                                    Troy L. Nunley
                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28